IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DECTOR ROBINSON,

    Plaintiff,

v.

                                                                Case No.  19-cv-258-jdp

ANTHONY HENTZ, PAULINE
HULSTEIN, and TAMMY MAASSEN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |