IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DECTOR ROBINSON,

    Plaintiff,

v.

ANTHONY HENTZ and
PAULINE HULSTEIN,

    Defendants.

CASE NO.: 19-cv-0258

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Dector Robinson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Judgment of September 21, 2021 (Docket No. 55, 09/21/2021), as well as all other opinions, orders and rulings that merge into that judgment, including, but not limited to, this Court's Opinion and Order dated September 21, 2021 (Docket No. 54, 09/21/2021)

Respectfully submitted,

Dated this 21st day of October 2021.

Electronically signed.

/s/ *Lonnie D. Story*
Lonnie D. Story
STORY LAW FIRM, LLC
Wis. Bar #1121459
Counsel for Plaintiff

Wisconsin Office:
1535 E. Racine Avenue
Waukesha, WI 53186
(262) 513-6993
Direct: (262) 875-6950 Ext. 1223

**Main Office:**
732 N. Halifax Avenue, #301
Daytona Beach, Florida 32118
(386) 492-5540
lstorylaw@gmail.com

1